

**DeKalb County Law Department**

O.V. Brantley
County Attorney

Interim Chief Executive Officer
Lee May

Board of Commissioners

District 1
Elaine Boyer

District 2
Jeff Rader

District 3
Larry Johnson

District 4
Sharon Barnes Sutton

District 5
Lee May

District 6
Kathie Gannon

District 7
Stan Watson

August 1, 2014

Sheila Sewell, Courtroom Deputy Clerk
for The Honorable Thomas W. Thrash, Jr.
2188 Richard B. Russell Federal Building
  and United States Courthouse
75 Spring Street
Atlanta, GA 30303-3309

## REQUEST FOR LEAVE OF ABSENCE

Re: **Elisha Gilbert, Jr. v. Fredericak L. Daniels, Jr.**
    **United States District Court – N.D.Ga. – Atlanta Division**
    **Civil Action File No. 1:14CV1623-TWT**
    **(Our File No. 37-0031)**

Dear Ms. Sewell:

Please accept this letter pursuant to Local Rule 83.1E(3) regarding leaves of absences. I am counsel for the aforementioned Defendant in the above-referenced case, and request that the referenced case not be calendared during the periods of September 11, 2014 through and including September 12, 2014; November 7, 2014 through and including November 17, 2014; November 26, 2014 through and including November 28, 2014; December 24, 2014 through and including January 2, 2015, during which time I will be out of the office and away from the practice of law.

Thank you for your consideration in this matter. Please let me know if I need to provide any further information.

Sincerely,

*(S) Terri N. Gordon*
Terri N. Gordon
Senior Assistant County Attorney

TNG/amk
cc:   Elisha Gilbert, Jr.
      1001 Timber Clair Way
      Lithonia, GA 30058